| PROB 22 (Rev. 2/88) | | CASE NUMBER (Tran. Court) DPAE2:14CR00052-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | CASE NUMBER (Rec. Court) 1:16-cr-35 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gregory Caskey 12 1/2 Kingwood Street Morgantown, West Virginia 26501 | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
| | NAME OF SENTENCING JUDGE The Honorable Cynthia M. Rufe | |
| FILED MAY 20 2016 MICHAEL E. KUNZ, Clerk By_____ Dep Clerk | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/25/16 — TO 03/24/2017 |

OFFENSE

§18:1028A, Aggravated identity theft (Count Two).

RECEIVED MAY 2 2016
U.S. Probation Office
Eastern District of PA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of West Virginia** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-29-2016
Date

Hon. Cynthia M. Rufe
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of West Virginia**.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-10-2016
Effective Date

Irene M. Keeley
United States District Judge